UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN HORN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>*Defendant.* | Case No. 2:23-cv-01727<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Civil Rule 3(g), Plaintiff files this Notice of Related Cases. The cases listed below have all been filed in this district since 2015:

| Caption | Case Number | Date Filed | Assigned Judge | Status |
|---|---|---|---|---|
| *Ferrando v. Zynga Inc.* | No. 22-cv-214-RSL (W.D. Wash.) | 02/24/22 | Hon. Robert S. Lasnik | Final Approval of Class Action Settlement granted 12/1/2022 (Dkt. #63) |
| *Kater v. Churchill Downs Inc.* | No. 15-cv-612-RSL (W.D. Wash.) | 04/17/2015 | Hon. Robert S. Lasnik | Final Approval of Class Action Settlement granted |

| | | | | |
|---|---|---|---|---|
| | | | | 02/11/2021 (Dkt. #289) |
| *Thimmegowda v. Big Fish Games, Inc.* | No. 19-cv-199-RSL (W.D. Wash.) | 02/11/2019 | Hon. Robert S. Lasnik | Final Approval of Class Action Settlement granted 02/11/2021 (Dkt. #222) |
| *Wilson v. Huuuge, Inc.* | No. 18-cv-5276-RSL (W.D. Wash.) | 04/06/2018 | Hon. Robert S. Lasnik | Final Approval of Class Action Settlement granted 02/11/2021 (Dkt. #140) |
| *Wilson v. Playtika, Ltd.* | No. 18-cv-5277-RSL (W.D. Wash.) | 04/06/2018 | Hon. Robert S. Lasnik | Final Approval of Class Action Settlement granted 02/11/2021 (Dkt. #164) |
| *Reed v. Scientific Games Corp.* | No. 18-cv-565-RSL (W.D. Wash.) | 04/17/2018 | Hon. Robert S. Lasnik | Final Approval of Class Action Settlement granted 08/12/2022 (Dkt. #197) |
| *Larsen v. PTT, LLC* | No. 18-cv-5275-RSL (W.D. Wash.) | 04/06/2018 | Hon. Robert S. Lasnik | Pending (class certification granted (Dkt. #170)) |
| *Benson v. DoubleDown Interactive, LLC* | No. 18-cv-525-RSL (W.D. Wash.) | 04/09/2018 | Hon. Robert S. Lasnik | Final Approval of Class Action Settlement granted 06/1/2023 (Dkt. #549) |

In all eight of these class action cases, plaintiffs, represented by the same lead counsel from Edelson PC, principally alleged that so-called "social casino" games violate Washington's Recovery of Money Lost at Gambling Act ("RMLGA"), RCW § 4.24.070, and that the defendants were liable for damages flowing from those violations.

So too here. On behalf of a nationwide class that substantially overlaps with the nationwide class certified in *Kater*, Plaintiff Steven Horn alleges class claims that he and the

Class have lost money to Defendant Amazon by gambling on social casino games, that those casino games are illegal under RCW § 4.24.070, and that they are entitled to damages from Amazon as a result.

This action is thus related to the eight cases listed above because they concern substantially the same parties and subject matter and, if the cases were conducted before different judges, it is likely that there would be an unduly burdensome duplication of labor and expense and/or the potential for conflicting results. LCR 3(g)(4).

As indicated above, Judge Lasnik has granted final approval to class settlements in seven of the actions and presides over ongoing litigation in the single remaining action. In light of Judge Lasnik's familiarity with these related cases, Plaintiff respectfully submits that transferring this action to Judge Lasnik would promote consistent results and judicial efficiency.

Date: November 10, 2023

Respectfully Submitted,

**STEVEN HORN**, individually and on behalf of all others similarly situated,

By: /s/ Todd Logan
*One of Plaintiff's Attorneys*

EDELSON PC
Todd Logan, WSBA #60698
tlogan@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

TOUSLEY BRAIN STEPHENS, PLLC
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle Washington 98101-3147
Tel: 206.682.5600
Fax: 206.682.2992

*Counsel for Plaintiff and the Proposed Class*