UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN HORN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:23-cv-01727-RSL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT** |

## **STIPULATION**

Plaintiff Steven Horn filed this action on November 10, 2023. The parties met and conferred through their counsel and stipulate to extending to January 19, 2024, Defendant Amazon.com, Inc.'s deadline to answer or otherwise respond to Plaintiff Steven Horn's Complaint, ECF No. 1. The parties therefore respectfully request that the Court enter the following proposed order and set January 19, 2024, as Amazon's deadline to answer or otherwise respond to the Complaint.

STIPULATION AND ORDER – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**ORDER**

Pursuant to the Parties' Stipulation, **IT IS SO ORDERED**. Amazon's deadline to answer or otherwise respond to Plaintiff Steve Horn's Complaint is January 19, 2024. *See* ECF No. 1.

DATED: December 11, 2023

*[signature]*

Robert S. Lasnik
United States Distric Judge

STIPULATION AND ORDER – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Presented by:

*s/ Charles C. Sipos*
Charles C. Sipos, WSBA No. 32825
Mallory Gitt Webster, WSBA No. 50025
Tyler S. Roberts, WSBA No. 52688

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
CSipos@perkinscoie.com
MWebster@perkinscoie.com
TRoberts@perkinscoie.com

*Attorneys for Amazon.com, Inc.*


*s/ Todd Logan (with permission)*

**Edelson PC**
Todd Logan (WSBA #60698)
150 California Street, 18th Floor
San Francisco, California 94111
Telephone: 415.212.9300
Facsimile: 415.373.9435
tlogan@edelson.com

**Tousley Brain Stephens, PLLC**
Cecily C. Jordan (WSBA #50061)
1200 Fifth Avenue, Suite 1700
Seattle Washington 98101-3147
Telephone: 206.682.5600
Facsimile: 206.682.2992
cjordan@tousley.com

*Attorneys for Steven Horn and the Proposed Class*

STIPULATION AND ORDER – 3 (No. 2:23-cv-01727-SKV)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000