# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVEN HORN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>*Defendant*. | Case No. 2:23-cv-01727-RSL<br><br>**ORDER GRANTING STIPULATED JOINT MOTION RE: BRIEFING DEADLINES** |

# ORDER

The upcoming briefing deadlines for Dkt. #44 are amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Response to Dkt. #44 | January 3, 2025 (per Dkt. #39) | January 17, 2025 |
| Defendant's Reply to Plaintiff's Response to Dkt. #44 | January 17, 2025 (per Dkt. #39) | February 7, 2025 |

The Clerk of Court is directed to renote defendant's motion to dismiss (Dkt. # 44) for consideration on February 7, 2025.

**IT IS SO ORDERED.**

DATED this 26th day of December, 2024.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE