UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN HORN, individually and on behalf
of all others similarly situated,

        *Plaintiff*,

    v.

AMAZON.COM, INC.,

        *Defendant*.

No. 2:23-cv-01727-RSL

**ORDER GRANTING PLAINTIFF'S
LCR 7(F) MOTION TO FILE OVER-
LENGTH MOTION TO COMPEL**

**ORDER**

Plaintiff's LCR 7(f) Motion to File Over-Length Motion to Compel is GRANTED. Plaintiff may file a motion to compel containing up to 5,200 words, and Amazon's response may also contain up to 5,200 words.

**IT IS SO ORDERED.**

Dated this 4th day of June, 2025.

MMf S Lasnik

Robert S. Lasnik
United States District Judge