THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN HORN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | No. 2:23-cv-01727-RSL<br><br>NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE that, effective June 9, 2025, the Seattle office address for Perkins Coie LLP and the undersigned attorneys has changed to the following:

1301 Second Ave.

Suite 4200

Seattle, WA 98101

The Court and all counsel and parties are hereby requested to make note of this change and send all notices, orders, pleadings, and other communications concerning the above-captioned matter to the new address. The firm's local telephone and fax numbers will remain the same: 206-359-8000 (telephone) and 206-359-9000 (fax).

NOTICE OF CHANGE OF ADDRESS
(No. 2:23-cv-01727-RSL) –1

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | | |
|---|---|---|
| 1 | Dated: June 9, 2025 | By: *s/ Mallory Gitt Webster* |
| 2 | | Charles C. Sipos, WSBA No. 32825 |
| | | Mallory Gitt Webster, WSBA No. 50025 |
| 3 | | Meeghan F. Dooley, WSBA No. 61735 |
| 4 | | **Perkins Coie LLP** |
| | | 1201 Third Avenue, Suite 4900 |
| 5 | | Seattle, Washington 98101-3099 |
| | | Telephone: +1.206.359.8000 |
| 6 | | Facsimile: +1.206.359.9000 |
| | | CSipos@perkinscoie.com |
| 7 | | MWebster@perkinscoie.com |
| | | MDooley@perkinscoie.com |
| 8 | | |
| | | *Attorneys for Amazon.com* |

NOTICE OF CHANGE OF ADDRESS
(No. 2:23-cv-01727-RSL) –2

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000