The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN HORN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | No. 2:23-cv-01727-RSL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER STAYING CASE PENDING FILING OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 5, 2025** |

**STIPULATED MOTION FOR STAY**

The Parties have reached a binding agreement in principle to settle this case on a class action basis. The Parties thank the Court for its patience over the course of their negotiations.

In order to provide the Parties sufficient time to reduce their agreement to a complete class action settlement agreement, and to provide Plaintiff sufficient time to prepare a motion for preliminary approval, the Parties jointly seek a stay of this case through December 12, 2025, by which time the Parties will—unless instructed otherwise by the Court—file a Joint Status Report.

Consequently, pursuant to Local Civil Rule 10(g), the Parties respectfully request that the Court grant this stipulation and enter the attached Proposed Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Stip. Motion and [Proposed] Order Staying Case
Case No. 2:23-cv-01727-RSL

1

Edelson PC
150 California Street, 18th Floor, San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

DATED this 5th of November, 2025.

Dated: November 5, 2025     By: *s/ Todd Logan*

    Todd Logan, WSBA #60698
    tlogan@edelson.com
    Brandt Silverkorn*
    bsilverkorn@edelson.com
    EDELSON PC
    150 California Street, 18th Floor
    San Francisco, California 94111
    Tel: 415.212.9300
    Fax: 415.373.9495

    Amy B. Hausmann*
    abhausmann@edelson.com
    EDELSON PC
    350 N LaSalle Street, 14th Floor
    Chicago, Illinois 60654
    Tel: 312.589.6370
    Fax: 312.589.6378

    Melissa Muller*
    mmuller@edelson.com
    EDELSON PC
    1255 Union Street NE, Suite 850
    Washington, DC 20002
    Tel: 202.270.4777

    Cecily C. Jordan (WSBA #50061)
    **TOUSLEY BRAIN STEPHENS, PLLC**
    1200 Fifth Avenue, Suite 1700
    Seattle Washington 98101-3147
    Telephone: 206.682.5600
    Facsimile: 206.682.2992
    cjordan@tousley.com

    *Admitted *pro hac vice*

    *Attorneys for Plaintiff Horn*

Dated: November 5, 2025

By: *s/ Charles C. Sipos*
Charles C. Sipos, WSBA No. 32825
Mallory A. Gitt, WSBA No. 50025
Meeghan F. Dooley, WSBA No. 61735
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
CSipos@perkinscoie.com
MGitt@perkinscoie.com
MDooley@perkinscoie.com

*Attorneys for Amazon.com, Inc.*

# [PROPOSED] ORDER

Pursuant to Stipulation, this case is STAYED for all purposes, except for any third-party discovery necessary to effectuate the proposed settlement, through December 12, 2025.

**IT IS SO ORDERED.**

DATED this _____ day of November, 2025.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE