THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN HORN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | No. 2:23-cv-01727-RSL<br><br>**JOINT STATUS REPORT** |

Plaintiff Steven Horn and Defendant Amazon.com, Inc. (collectively, the "Parties") submit this joint status report pursuant to the Court's November 6, 2025, order staying the case through December 12, 2025.

Since the parties reported a binding agreement in principle last month, they have been working to reduce that agreement to a complete class action settlement agreement. Given the complexity of this case and the Parties' agreement, and given the intervening holidays, the Parties jointly seek a further stay of this case through January 16, 2026. Unless otherwise directed by the Court, the Parties will submit a further joint status report on January 16, 2026.

| | | |
|---|---|---|
| 1 | Dated: December 12, 2025 | By: *s/ Charles C. Sipos* |
| | | Charles C. Sipos, WSBA No. 32825 |
| 2 | | Mallory A. Gitt, WSBA No. 50025 |
| | | Meeghan F. Dooley, WSBA No. 61735 |
| 3 | | **Perkins Coie LLP** |
| | | 1301 Second Avenue, Suite 4200 |
| 4 | | Seattle, Washington 98101-3804 |
| | | Telephone: +1.206.359.8000 |
| 5 | | Facsimile: +1.206.359.9000 |
| | | CSipos@perkinscoie.com |
| 6 | | MGitt@perkinscoie.com |
| | | MDooley@perkinscoie.com |
| 7 | | |
| | | *Attorneys for Amazon.com, Inc.* |
| 8 | | |
| | Dated: December 12, 2025 | By: *s/ Todd Logan* |
| 9 | | Todd Logan, WSBA No. 60698 |
| | | Brandt Silver-Korn (*Pro Hac Vice*) |
| 10 | | Lauren Blazing (*Pro Hac Vice*) |
| | | Max Hantel (*Pro Hac Vice*) |
| 11 | | Melissa Muller (*Pro Hac Vice*) |
| | | **Edelson PC** |
| 12 | | 150 California Street, 18th Floor |
| | | San Francisco, CA 94111 |
| 13 | | Telephone: 415.212.9300 |
| | | Facsimile: 415.373.9435 |
| 14 | | tlogan@edelson.com |
| | | bsilverkorn@edelson.com |
| 15 | | lblazing@edelson.com |
| | | mhantel@edelson.com |
| 16 | | mmuller@edelson.com |
| 17 | | Amy B. Hausmann (*Pro Hac Vice*) |
| | | Edelson PC |
| 18 | | 350 N. LaSalle Street |
| | | 14th Floor |
| 19 | | Chicago, IL 60654 |
| | | Telephone: 312.589.6370 |
| 20 | | abhausmann@edelson.com |
| 21 | | Cecily C. Jordan, WSBA No. 50061 |
| | | **Tousley Brain Stephens, PLLC** |
| 22 | | 1200 Fifth Avenue, Suite 1700 |
| | | Seattle Washington 98101-3147 |
| 23 | | Telephone: 206.682.5600 |
| | | Facsimile: 206.682.2992 |
| 24 | | cjordan@tousley.com |
| 25 | | *Attorneys for Steven Horn* |
| 26 | | |

JOINT STATUS REPORT – 2
(NO. 2:23-CV-01727-RSL)

**Edelson PC**
150 California Street, 18th Floor, San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435